**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

| | |
|---|---|
| KEYANN GLADDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-CV-304 (REP) |
| ) | |
| NAVY FEDERAL CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1715

Defendant, Navy Federal Credit Union, by counsel, hereby certifies pursuant to Paragraph 12.b. of the Settlement Stipulation preliminarily approved by this Court on February 10, 2009, that it served notice of the proposed settlement on the appropriate federal and state officials on February 13, 2009 pursuant to The Class Action Fairness Act Of 2005 ("CAFA"), 28 U.S.C. § 1715.

-2-

**NAVY FEDERAL CREDIT UNION**


By: _____/s/_____
          Counsel

Harry M. Johnson, III (VSB No. 29144)
George P. Sibley, III (VSB No. 48773)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 21219
(804) 788-8200
(804) 788-8218 (fax)
pjohnson@hunton.com
gsibley@hunton.com

Mark Bierbower (VSB No. 22913)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 955-1500
(202) 778-2201 (Fax)
mbierbower@hunton.com

*Counsel for the Defendant, Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of February, 2009, I served a Certification of Compliance with 28 U.S.C. § 1715 on counsel of record.

          /s/
George P. Sibley, III (VSB No. 29144)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 21219
(804) 788-8200
(804) 788-8218 (fax)
gsibley@hunton.com

*Counsel for the Defendant, Navy Federal Credit Union*