**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**KEYANN GLADDEN,**
On behalf of herself and others similarly situated,

      Plaintiff,

 v.                                   Case No. 3:08-cv-304(REP)

**NAVY FEDERAL CREDIT UNION,**

      Defendant.

**PLAINTIFF'S AGREED MOTION FOR FINAL APPROVAL OF CLASS**
**SETTLEMENT AND AWARD OF ATTORNEYS FEES**

COMES NOW the Plaintiff, by counsel, and, pursuant to Fed. R. Civ. P. 23(e) and with

the agreement and consent of Defendant, moves the Court for entry of a final order approving the

class settlement and for an award of attorneys' fees and costs, as more fully stated in her

accompanying Memorandum.

                         RESPECTFULLY SUBMITTED,

                         KEYANN GLADDEN
                         for herself and on behalf of all similarly
                         situated individuals

                         _____/s/_____
                         Leonard A. Bennett, Esq.
                         VSB #37523
                         Attorney for Plaintiff
                         CONSUMER LITIGATION ASSOCIATES, P.C.
                         12515 Warwick Boulevard, Suite 100
                         Newport News, Virginia 23606
                         (757) 930-3660 - Telephone
                         (757) 930-3662 – Facsimile
                         lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

George Peter Sibley, III
Hunton & Williams LLP
951 E. Byrd Street
Riverfront Plaza
Richmond, VA  23219
(804) 788-8200
gsibley@hunton.com

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net